UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,          Criminal No. 09-294 (1) (RHK/RLE)

vs.                                       **ORDER**

Harlan Dale Berndt,

        Defendant.

    This matter is venued in the Sixth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: October 15, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge